| | |
|---|---|
| Defendant: | **Cisco Systems Capital Corporation** |
| Bankruptcy Case: | **Bed Bath & Beyond Inc.** |
| Preference Period: | **Jan 23, 2023 - Apr 23, 2023** |

Transfers During Preference Period and Post Petition

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| **Preference Period Transfer(s)** | | | | | | | |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112665 | $131,136.01 | 2/24/2023 | 101269203 | 9/2/2022 | $38,296.55 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112665 | $131,136.01 | 2/24/2023 | 101269126 | 9/2/2022 | $66,255.65 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112665 | $131,136.01 | 2/24/2023 | 101268468 | 9/2/2022 | $26,583.81 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112698 | $53,624.39 | 2/24/2023 | 101270917 | 9/2/2022 | $53,624.39 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113559 | $57,815.29 | 4/6/2023 | 101274089 | 10/3/2022 | $15,615.74 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113559 | $57,815.29 | 4/6/2023 | 101274032 | 10/3/2022 | $26,583.81 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113559 | $57,815.29 | 4/6/2023 | 101271751 | 9/2/2022 | $15,615.74 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113588 | $32,184.71 | 4/6/2023 | 101274380 | 10/3/2022 | $53,624.39 |
| **4 Preference Period transfer(s), $274,760.40** | | | | | | | |
| **Post Petition Transfer(s)** | | | | | | | |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 114479 | $7,089.02 | 6/26/2023 | 101303842POST | 2/1/2023 | $7,089.02 |
| **1 Post Petition transfer(s), $7,089.02** | | | | | | | |

**Totals: 5 transfer(s), $281,849.42**